Chambers Sent Copy to Pro Se Plaintiff at Address of Record

**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| **TURNER,** | |
| **Plaintiff,** | |
| *- against –* | **18 CV 3370 (LMS)** |
| **ULLOA, et al.,** | <u>**ORDER**</u> |
| **Defendants.** | |

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

The telephonic status conference currently scheduled for Monday, April 13, 2020, at 10:30 a.m., before the undersigned will be adjourned to Monday, May 11, 2020, at 10:30 a.m. In addition, there will be a thirty (30) day extension to all outstanding discovery deadlines.

Dated: April 2, 2020
White Plains, New York

**SO ORDERED,**

*/s/ Lisa Margaret Smith*

———————————————————
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] Judge Nelson S. Román referred this matter to the undersigned on December 17, 2019. ECF No.11.